Lincoln Davis Wilson (N.J. Bar No. 02011-2008)
Timothy A. Garrison (Mo. Bar No. 51033)*
Gabriella McIntyre (D.C. Bar No. 1672424)*
Mercer Martin (Ariz. Bar No. 038138)*
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org
tgarrison@ADFLegal.org
gmcintyre@ADFLegal.org
mmartin@ADFLegal.org

*Counsel for Plaintiff*
*\*Motion for pro hac vice admission filed concurrently*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.,** | |
| *Plaintiff,* | **Civil Action File No. _____** |
| v. | *Document Filed Electronically* |
| **MATTHEW PLATKIN**, in his official capacity as Attorney General for the State of New Jersey, | |
| *Defendant.* | |

## <u>FED. R. CIV. P. 7.1 STATEMENT OF PLAINTIFF FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff First Choice Women's Resource Centers, Inc., by and through its undersigned attorney, states as follows:

First Choice Women's Resource Centers, Inc., incorporated as a 501(c)(3) faith-based organization under the laws of New Jersey, is neither a subsidiary nor a parent company of any other corporation under the laws of the United States and no publicly traded corporation owns 10 percent or more of its stock.


Dated: December 13, 2023

*/s/ Lincoln Davis Wilson*
Lincoln Davis Wilson
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org

*Counsel for Plaintiff*
