Lincoln Davis Wilson (N.J. Bar No. 02011-2008)
Timothy A. Garrison (Mo. Bar No. 51033)*
Gabriella McIntyre (D.C. Bar No. 1672424)*
Mercer Martin (Ariz. Bar No. 038138)*
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org
tgarrison@ADFLegal.org
gmcintyre@ADFLegal.org
mmartin@ADFLegal.org

*Counsel for Plaintiff*
**Motion for pro hac vice admission filed concurrently*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.** <br><br> *Plaintiff,* <br><br> v. <br><br> **MATTHEW PLATKIN**, in his official capacity as Attorney General for the State of New Jersey, <br><br> *Defendant*. | **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

I, Lincoln Davis Wilson, admitted to the bars of New York, New Jersey, Washington, Idaho, and of this Court, and Senior Counsel at Alliance Defending Freedom, and attorney of record for Plaintiff First Choice Women's Resource Centers, Inc., hereby certify that to the best of my knowledge and based upon the information available to me, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 13, 2023

*/s/ Lincoln Davis Wilson*
Lincoln Davis Wilson
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org

*Counsel for Plaintiff*