**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**MATTHEW PLATKIN**, in his official capacity as Attorney General for the State of New Jersey,<br><br>*Defendant*. | Civil Action File No.: <u>3:23-cv-23076</u><br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>ORAL ARGUMENT REQUESTED |

**THIS MATTER** having been opened in Court by Plaintiff First Choice Women's Resource Centers, Inc. ("First Choice"), through its counsel, on notice to Defendant Matthew Platkin, by Plaintiff's application for the issuance of an Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction,

**WHEREAS** Defendant issued a Subpoena for documents upon First Choice on November 15, 2023 ("Subpoena") demanding compliance by December 15, 2023, upon threat of civil penalties;

**WHEREAS** on December 13, 2023, First Choice commenced this action to enjoin the Subpoena with a Complaint, Motion for Preliminary Injunction, and Memorandum of Law in Support, submitted herewith;

**WHEREAS** the Court having determined that immediate and irreparable harm will be caused to Plaintiff if it must comply with Defendant's Subpoena before a hearing may be held on its Motion; and for other good cause appearing for the entry of this Order;

**NOW THEREFORE, IT IS** on this ___ day of December, 2023,

**ORDERED** that Defendant show cause before this Court, at Room ___, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, on the ___ day of _____, 2023, at _____ a.m./p.m., or as soon thereafter as counsel can be heard, why an Order should not be issued against Defendant pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining and restraining Defendant, and his officers, agents, employees, attorneys, and other persons acting on his behalf, from enforcing the Subpoena; and

**IT IS FURTHER ORDERED** that pending further hearing on this Order to Show Cause, Defendant, and his officers, agents, employees, attorneys, and other persons acting on his behalf, are hereby enjoined and restrained from enforcing the Subpoena; and

**IT IS FURTHER ORDERED**, that a true but uncertified copy of this Order to Show Cause and the Complaint, together with any and all supporting papers, shall be served upon Defendant either (1) by personal service or by overnight mail or by

2

certified mail and regular mail, or (2) as otherwise permitted by the Rules of Court within ____ days of the date hereof by counsel for the Plaintiff or its designee; and,

**IT IS FURTHER ORDERED**, that within ____ days of the date upon which this Order to Show Cause, Complaint, and other supporting papers are served upon Defendant, Defendant shall file an answer with this Court and shall serve copies on counsel for the Plaintiff, and the Defendant is hereby notified that if he fails to so file and serve his answer in a timely manner, judgment by default may be rendered against him for the relief demanded in the Complaint; and,

**IT IS FURTHER ORDERED**, that if the Defendant intends to file opposition papers, it shall serve copies of such answering affidavits and briefs upon Lincoln Davis Wilson, Alliance Defending Freedom, 440 First Street NW, Suite 600 Washington, DC 20001, counsel for the Plaintiff, and file the same with the Court on or before _____; and,

**IT IS FURTHER ORDERED**, that if counsel for the Plaintiff intends to file reply papers, the same shall be served upon counsel for Defendant and filed with the Court on or before _____; and,

**IT IS FURTHER ORDERED**, that this Order is entered to maintain the status quo and is without prejudice to the merits, claims, or defenses that have been or may be asserted in this litigation.

> **IT IS SO ORDERED**:
> **DATED** this ____ day of _____, 2023.

By: _____
UNITED STATES DISTRICT COURT JUDGE

4