# EXHIBIT #7

| | |
|---|---|
| **From:** | Sundeep Iyer |
| **To:** | Roxanne Sutocky; Kaitlyn Wojtowicz |
| **Cc:** | Daniela Nogueira |
| **Subject:** | RE: Data privacy alert for providers (pc/adc) |
| **Date:** | Tuesday, December 6, 2022 3:21:38 PM |

Roxanne and Kaitlyn,

Thanks so much for your helpful feedback on the documents we have sent you over the past few months. Your feedback was extremely helpful, and you'll see almost all of it reflected in the documents we are releasing. We just wanted to let you both know that we are planning to issue three documents tomorrow—the crisis pregnancy center alert, a data privacy alert for providers, and a letter to the professional medical boards outlining their obligations under the laws enacted by the legislature after *Dobbs*. We'll follow up tomorrow with the press release and the documents when they're released. In the meantime, we would be grateful if you could keep this news close hold until we issue the release tomorrow.

Thanks again for your partnership—we really appreciate your support.

Best wishes,
Sundeep

**From:** Sundeep Iyer
**Sent:** Wednesday, October 26, 2022 1:57 PM
**To:** Roxanne Sutocky <rsutocky@thewomenscenters.com>; Kaitlyn Wojtowicz <kaitlyn.wojtowicz@ppgnnj.org>
**Cc:** Daniela Nogueira <Daniela.Nogueira@njoag.gov>
**Subject:** Data privacy alert for providers (pc/adc)

Roxanne and Kaitlyn,

Hope you both are doing well. Working together with the AG's Strike Force, our Division of Consumer Affairs has put together the attached data privacy alert for providers. The document outlines some best practices we've identified for protecting patient and provider data. We are looking forward to getting this out to providers, since we think it's one of the first documents of its kind put together by a State AG's office.

We are hoping to release this publicly soon, but we wanted to flag this document for you both first to see whether you have comments, questions, or concerns in light of your expertise. (We would also appreciate if you would keep this close hold until we are ready to release it.) One note: We suspect that many of these measures are already being implemented by Cherry Hill and by Planned Parenthood clinics—so the guidance is likely going to be the most helpful for smaller clinics or individual providers. To that end, if you think there are one or two smaller providers we should share this with to get feedback, please let us know.

We would be grateful for any feedback either of you might have by Tuesday next week, if at all

possible.  We know you're both extremely busy, so we also completely understand if you can't get to this on that timeline--but just wanted to be sure we flagged this in case you have a chance to comment.

Thanks so much.  Talk soon.

Best wishes,
Sundeep

OAG0858