Lincoln Davis Wilson
Timothy A. Garrison (*pro hac vice* pending)
Gabriella McIntyre (*pro hac vice* pending)
Mercer Martin (*pro hac vice* pending)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org
tgarrison@ADFLegal.org
gmcintyre@ADFLegal.org
mmartin@ADFLegal.org

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.** | Civil No. 3:23-cv-23076-MAS-TJB |
| *Plaintiff,* | **NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **MATTHEW PLATKIN**, in his official capacity as Attorney General for the State of New Jersey, | **Oral Argument Requested** |
| *Defendant.* | |

PLEASE TAKE NOTICE that Plaintiff First Choice Women's Resource Centers, Inc., by and through its undersigned attorney, hereby moves (1) for a preliminary injunction prohibiting Defendant Matthew Platkin from enforcing the Subpoena served upon Plaintiff, response due **today, December 15, 2023**; and (2) for an emergency temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1 prohibiting enforcement of same pending the resolution of Plaintiff's motion for preliminary injunction. In support of the motion, Plaintiff submits the Verified Complaint in this action (Dkt. 1) and its brief in support of motion for temporary restraining order and preliminary injunction (Dkt. 6). Plaintiff submits the attached proposed order to show cause granting a temporary restraining order (separately docketed at Dkt. 5).

WHEREFORE Plaintiff respectfully submits that the Court should (1) grant its motion for preliminary injunction prohibiting enforcement of the Subpoena and (2) grant its emergency motion for a temporary restraining order prohibiting enforcement of same pending determination of the preliminary injunction motion.

Dated: December 15, 2023                              Respectfully submitted,

                                                     */s/ Lincoln Davis Wilson*
                                                     Lincoln Davis Wilson
                                                     ALLIANCE DEFENDING FREEDOM
                                                     Timothy A. Garrison
                                                     (*pro hac vice* pending)
                                                     Gabriella McIntyre

        (*pro hac vice* pending)
        Mercer Martin
        (*pro hac vice* pending)
        ALLIANCE DEFENDING FREEDOM
        440 First Street NW, Suite 600
        Washington, DC 20001
        Telephone: (202) 393-8690
        Facsimile: (202) 347-3622
        lwilson@ADFLegal.org
        tgarrison@ADFLegal.org
        gmcintyre@ADFLegal.org
        mmartin@ADFLegal.org

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I served a true and correct copy of the foregoing on Defendant via email at the following address:

NJAG.ElectronicService.CivilMatters@law.njoag.gov

        */s/ Lincoln Davis Wilson*
        Lincoln Davis Wilson