UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:** TRENTON  **DATE:** JANUARY 2, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**CIVIL ACTION #** 23-23076 (MAS)

**TITLE OF CASE:**
FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.,
    v.
MATTHEW J. PLATKIN

**APPEARANCES:**
Lincoln Wilson, Esq. and Timothy Garrison, Esq. on behalf of Plaintiff
Angela Cai, Esq. on behalf of Defendant

**NATURE OF PROCEEDINGS:**
Telephone Status Conference held.

| | |
|---|---|
| Time Commenced: | 2:02 PM |
| Time Adjourned: | 2:26 PM |
| Total Time: | 24 mins |

s/ Jair Bodnar
**DEPUTY CLERK**