Lincoln Davis Wilson (N.J. Bar No. 02011-2008)
Timothy A. Garrison (*pro hac vice*)
Gabriella McIntyre (*pro hac vice*)
Mercer Martin (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org
tgarrison@ADFLegal.org
gmcintyre@ADFLegal.org
mmartin@ADFLegal.org

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.** | Civil No.: 3:23-cv-23076 |
| *Plaintiff*, | **NOTICE OF PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| **MATTHEW PLATKIN**, in his official capacity as Attorney General for the State of New Jersey, | MOTION DAY: AUGUST 19, 2024 |
| *Defendant*. | ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that Plaintiff First Choice Women's Resource Centers, Inc., by and through its undersigned attorney, hereby moves on an emergency basis (1) for a temporary restraining order pursuant to Federal Rule of

Civil Procedure 65 and Local Rule 65.1 prohibiting the Attorney General from encoring his November 15, 2023 Subpoena served upon Plaintiff pending the resolution of Plaintiff's motion for preliminary injunction; and (2) for a preliminary injunction prohibiting same pending final disposition of this action. In support of the motion, Plaintiff submits the Verified Complaint in this action; its brief in support of motion for temporary restraining order and preliminary injunction; and the Declaration of Lincoln Davis Wilson and exhibits thereto. Plaintiff submits the attached proposed order to show cause granting a temporary restraining order and a separate proposed order granting a preliminary injunction.

WHEREFORE Plaintiff respectfully submits that the Court should (1) grant its emergency motion for a temporary restraining order prohibiting the Attorney General from enforcing the Subpoena pending determination of the preliminary injunction motion; and (2) grant its motion for preliminary injunction prohibiting same pending final disposition of this litigation.

Dated: July 19, 2024                            Respectfully submitted,

                                                /s/ *Lincoln Davis Wilson*
                                                Lincoln Davis Wilson
                                                Timothy A. Garrison
                                                Gabriella McIntyre
                                                Mercer Martin
                                                ALLIANCE DEFENDING FREEDOM
                                                440 First Street NW, Suite 600
                                                Washington, DC 20001
                                                Telephone: (202) 393-8690
                                                Facsimile: (202) 347-3622

2

lwilson@ADFLegal.org
tgarrison@ADFLegal.org
gmcintyre@ADFLegal.org
mmartin@ADFLegal.org

*Counsel for Plaintiff First Choice Women's Resource Centers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic notification system.

*/s/ Lincoln Davis Wilson*
Lincoln Davis Wilson

3