Lincoln Davis Wilson (N.J. Bar No. 02011-2008)
Timothy A. Garrison*
Gabriella McIntyre*
Mercer Martin*
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
lwilson@ADFLegal.org
tgarrison@ADFLegal.org
gmcintyre@ADFLegal.org
mmartin@ADFLegal.org

*Counsel for Plaintiff*
*pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

|  |  |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **MATTHEW PLATKIN**, in his official capacity as Attorney General for the State of New Jersey, <br><br> *Defendant.* | Civil Action File No.: <u>3:23-cv-23076</u> <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION** <br><br> *Document Filed Electronically* |

**THIS MATTER**, having been brought before the Court by Plaintiff First Choice Women's Resource Centers, Inc., through its counsel, by Plaintiff's motion

for temporary restraining order and preliminary injunction, and the Court having previously granted a temporary restraining order and considered the briefing and affidavits from both parties on the matter, the Court hereby finds that Plaintiff's motion for preliminary injunction is due to be granted;

**NOW THEREFORE, IT IS** on this __ day of _____, 2024,

**ORDERED** that Plaintiff's Renewed Motion for Preliminary Injunction is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant is hereby **ENJOINED** from enforcing his November 15, 2024 Subpoena against Plaintiff pending the final disposition of this action.

By: _____
　　　Hon. Michael A. Shipp, U.S.D.J.