IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICENAGE

| | |
|---|---|
| FIRST CHOICE WOMEN'S<br>RESOURCE CENTER, INC. | Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J. |
| *Plaintiff* | Civil Action No. 3:23-cv-23076 |
| v. | NOTICE OF MOTIONS TO INTERVENE |
| MATTHEW PLATKIN, in his<br>Official capacity as Attorney General<br>For the State of New Jersey, | *AND*<br>QUASH A SUBPOENA |
| *Defendant.* | ORAL ARGUMENT<br>NOT REQUESTED |

Please take NOTICE that the undersigned files this Motion to Intervene as of Right and Permissive to moves this Honorable Court to grant the Motion and issue an Order to Quash the Subpoena of Defendant Matthew Platkin, Attorney General for the State of New Jersey, that seeks disclosure of Donor list of Plaintiff First Choice Women's Resource Center, Inc.

Movant relies on the accompanying Letter Memorandum

Respectfully submitted,

*/s/ Michael S. Barth*
Michael S. Barth
Movant *Pro Se*
P.O. Box 832
Far Hills, New Jersey 07931
917-628-6145
August 2, 2024