# EXHIBIT 5

| | |
|---|---|
| **From:** | Sundeep Iyer |
| **To:** | Amol Sinha |
| **Cc:** | Daniela Nogueira |
| **Subject:** | NJ AG crisis pregnancy center alert |
| **Date:** | Monday, October 17, 2022 3:35:36 PM |
| **Attachments:** | 2022 1017 DRAFT Crisis Pregnancy Center Consumer Alert.docx |

Amol,

Great to see you last week.  I'm passing along here a draft of a consumer alert our Division of Consumer Affairs put together on crisis pregnancy centers.  (We'd be grateful if you could keep this under wraps until we release it.)  We wanted to flag this for you for your awareness.  We're hoping to get this document out this month, so if you have any feedback, questions, or concerns, please let us know—ideally this week, if possible.  Thanks so much.

Best wishes,
Sundeep

OAG0440

**Am. Compl. Ex. 5 at 1**

**CONSUMER ALERT**

**WARNING: Crisis Pregnancy Centers (CPCs) do NOT provide abortion care. CPCs are organizations that seek to prevent people from accessing abortion care. Here's what you need to know about CPCs.**

You have the right to truthful, accurate health information about abortion care and where to find it. If you are pregnant, consult with a licensed health care provider to understand your abortion options. Need help finding a provider? See the resources at the bottom of this page. Your right to an abortion is protected in New Jersey.

**What is a Crisis Pregnancy Center (CPC)?**

Crisis pregnancy centers (CPCs) try to convince pregnant people not to have abortions. *CPCs do not provide abortion care or provide referrals for abortion care.*

Many CPCs don't provide any health care at all. In addition, many CPCs do not employ licensed medical professionals, which means that CPC staff may not be required to keep your health information private or follow medical ethics rules and standards of care. CPCs may also provide false or misleading information about abortion—including the physical and mental health effects of abortion—to deter people from choosing abortion.

Some CPCs offer non-diagnostic ultrasounds, which may be performed by an unlicensed person who *may not be qualified to provide that service*. This non-diagnostic ultrasound may provide inaccurate or misleading results, including about how far along you are in your pregnancy.

**How can I spot a CPC?**

A CPC may:

- Be a website, a call center, an app, or a physical location that looks like or is located near a clinic or doctor's office.
- Have a name that is similar to that of a health care provider, including words like "care," "health," "pregnancy," "resource," and "choice."
- Offer free services (including pregnancy tests, ultrasounds, and adoption information) or supplies (including diapers and baby clothes) to individuals seeking abortion or pregnancy-related health care services.
- Offer limited "counseling" services without providing complete or accurate information regarding all options for pregnancy-related health care, including abortion.
- Postpone or reschedule appointments to delay individuals' access to abortions.
- Pressure individuals to delay an abortion or continue a pregnancy, sometimes by providing false or misleading information about the safety and legality of abortion.

1

OAG0441

**Am. Compl. Ex. 5 at 2**

A facility may be a crisis pregnancy center even if it:

- Has staff and volunteers who wear medical attire and collect personal and health information.
- Contains examination rooms with medical equipment (like an ultrasound machine) and supplies.

**What questions should I ask?**

The New Jersey Division of Consumer Affairs recommends that individuals seeking an abortion or comprehensive pregnancy-related health care services conduct their own research to determine what type of care is best and where to go for it. Look at reviews of the center and look at its website. If staff are unable or unwilling to answer your questions, consider getting treatment elsewhere. Be cautious of any attempts by the center to delay, or steer you away from, the services you are seeking. It is critical that you have timely access to care when you need it.

If you are considering abortion and would like to be sure that you are not contacting a crisis pregnancy center, here are some questions you can ask:

- Does this center provide abortions? If so, what type (medication, procedures)?
- If you don't provide abortion care yourselves, do you provide referrals to a provider where people can find abortion care?
- If I come in for a visit, will I be seen by a licensed medical professional? If so, what kind of licensed medical professional (doctor, nurse, midwife, etc.)?
- What services do you provide (contraception, STD testing and treatment, ultrasound)?
- How much does treatment cost?
- Does the center accept health insurance or Medicaid?
- Will my health information and the services provided by this center be protected and kept private?

**What should I do if I'm unsure about or uncomfortable with the care I am receiving?**

You should leave.  If at any point you realize or suspect that you are at a CPC and want to leave, it is your right to do so. You are under no obligation to a CPC or its staff.

**How can I find an abortion provider?**

If you are seeking reproductive health care or access to abortion providers and services in New Jersey, you can visit one of the following resources:

- Planned Parenthood, which provides a list of abortion providers, in addition to reproductive health care services and educational resources – https://www.plannedparenthood.org/.

2

OAG0442

**Am. Compl. Ex. 5 at 3**

- The <u>National Abortion Federation</u>, which provides a list of abortion providers – https://prochoice.org/.
- <u>Abortion Finder</u>, which provides a list of abortion providers – https://www.abortionfinder.org/.

**How can I file a complaint?**

If you believe you are a victim of fraudulent, deceptive, misleading, or unlawful conduct, please file a complaint with the New Jersey Division of Consumer Affairs at https://www.njconsumeraffairs.gov/Pages/Consumer-Complaints.aspx.

3

OAG0443

**Am. Compl. Ex. 5 at 4**