IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.<br>*Plaintiff,*<br>v.<br>JENNIFER DAVENPORT, in her official capacity as Attorney General for the State of New Jersey,<br>*Defendant.* | **Case No. 3:23-cv-23076-MAS-TJB**<br><br>THE HONORABLE MICHAEL A. SHIPP |

## ORDER IMPLEMENTING MANDATE OF THE U.S. SUPREME COURT

THIS MATTER, having been brought upon the filing of the Certified Judgment of the Supreme Court of the United States, issued June 3, 2026, in No. 24–781, on remand from the U.S. Court of Appeals for the Third Circuit in No. 24-3124, pursuant to Local Civil Rule 79.4; and the Supreme Court having reversed the judgment of the Third Circuit and awarded costs to Plaintiff in the amount of $12,488; and the Clerk having docketed the judgment in accordance with Local Civil Rule 79.4; and good cause appearing;

IT IS on this 17th day of June, 2026, ORDERED that:

1. This case is hereby reopened pursuant to the certified judgment of the Supreme Court of the United States and the subsequent remand from the Third Circuit;

2. The certified judgment of the Supreme Court of the United States, dated June 3, 2026, is filed and entered on the docket of this action in accordance with Local Civil Rule 79.4;
3. Consistent with the certified judgment of the Supreme Court of the United States, costs are hereby awarded in favor of Plaintiff in the amount of $12,488, which shall have the same force and effect as other judgments of this Court;
4. Post-judgment interest shall accrue on the amount of costs awarded herein at the statutory rate set forth in 28 U.S.C. § 1961 from the date of entry of this Order until paid; and
5. The Clerk of the Court shall serve a copy of this Order upon all counsel of record via the Court's Electronic Case Filing system.

THE HONORABLE MICHAEL A. SHIPP
United States District Judge

Respectfully submitted this 16th day of June, 2026.

*/s/ Lincoln Davis Wilson*
Lincoln Davis Wilson
**FIRST & FOURTEENTH PLLC**
784 S. Clearwater Loop # 8011
Post Falls, Idaho 83854
Telephone: (719) 234–0938
lincoln@first-fourteenth.com

Travis C. Barham**
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road N.E.,
Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
tbarham@ADFlegal.org

Erik C. Baptist**
Erin M. Hawley**
Gabriella M. McIntyre*
Daniel J. Grabowski**
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
ebaptist@ADFlegal.org
ehawley@ADFlegal.org
gmcintyre@ADFlegal.org
dgrabowski@ADFlegal.org

* admitted *pro hac vice*
** *pro hac vice* motion pending

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

Respectfully submitted on this the 16th day of June, 2026.

*/s/ Lincoln Davis Wilson*

Lincoln Davis Wilson
**FIRST & FOURTEENTH PLLC**
784 S. Clearwater Loop # 8011
Post Falls, Idaho 83854
Telephone: (719) 234–0938
lincoln@first-fourteenth.com

*Attorney for Plaintiff*