**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| **FIRST CHOICE WOMEN'S RESOURCE CENTERS, INC.,**<br>*Plaintiff*<br>v.<br>**JENNIFER DAVENPORT**, in her official capacity as Attorney General for the State of New Jersey,<br>*Defendant.* | **ORDER**<br>Civil Action File No.: 3:23-cv-23076-MAS-TJB |

**ORDER GRANTING STAY**

**THIS MATTER**, having been brought before the Court on a joint request by the parties by letter application for the entry of an Order staying the above-captioned matter for sixty (60) days to permit the parties to explore settlement; and the Court having considered the application and any opposition thereto; and for good cause shown;

**IT IS** on this 24 day of August, 2026,

1. **ORDERED** that all proceedings and all pending deadlines in this matter are hereby STAYED for a period of sixty (60) days from the date of this Order.

2. **ORDERED** that the parties shall file a joint status report advising the Court of the status of settlement discussions, together with a proposed amended scheduling order if appropriate, within sixty (60) days of the date of this Order, or sooner, if the matter is resolved.

3. **ORDERED** that the stay shall be lifted upon the earlier of the expiration of the sixty (60) day period or further Order of the Court.

HONORABLE MICHAEL A. SHIPP
United States District Judge